

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      David Lorenza Joyner v. The State of Texas

Appellate case number:   01-18-00875-CR

Trial court case number:  1554289

Trial court:                    351st District Court of Harris County

On October 11, 2018, this appeal was abated for the trial court to conduct a *Faretta* hearing to determine whether appellant's request to dismiss appointed counsel and proceed pro se on appeal is "knowingly and intelligently" made. *Faretta v. California*, 422 U.S. 806, 835 (1975). A supplemental clerk's record has been filed indicating that the trial court held the requested hearing and concluded that appellant is not capable of representing himself on appeal. Accordingly, we REINSTATE this case on the Court's active docket.

Appellant's brief is ORDERED to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a).

The State's brief is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: ____/s/ Justice Gordon Goodman_____
                              Acting individually


Date:   ___March 7, 2019__